UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-60213-CIV-DIMITROULEAS/ROSENBAUM

CARLOS ACOSTA and
NERGERY MORA,

        Plaintiffs,

v.

ELECTROLUX NORTH AMERICA d/b/a
ELECTROLUX HOME PRODUCTS, INC.,
and SEARS ROEBUCK & CO.,

        Defendants.
_____/

## ORDER

This matter came before the Court upon Defendant's Motion to Compel Response to Defendants Electrolux and Sears Roebuck's Request for Inspection [D.E. 11]. Upon review of Defendant's Motion [D.E. 11], the record in this case, and the Parties' Notice of Agreed Order for Defendant's Motion to Compel [D.E. 15], it is hereby **ORDERED AND ADJUDGED** that Defendants' Motion is **GRANTED**. Defendants shall be permitted to inspect the subject lawnmower at a mutually convenient time and date for both parties.

**DONE AND ORDERED** this 31st day of May, 2008.

                                                ROBIN S. ROSENBAUM
                                                UNITED STATES MAGISTRATE JUDGE

cc:    Hon. William P. Dimitrouleas
          Counsel of Record